IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DeWAYNE CROMPTON,

    Plaintiff,

v.

U.S.P.O. KENT D. HANSON,
A.U.S.A JOHN B. VAN HOLLEN,
U.S.P.O. LESLYN SPINELLI and
THE BUREAU OF PRISONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-757-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kent Hanson, Leslyn Spinelli, John B. Van Hollen and the Bureau of Prisons dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____        11/27/12
Peter Oppeneer, Clerk of Court        Date